IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>HAMILTON T. COLE,<br><br>Defendant | NO. 3: 05-CR-21 (CAR)<br><br>**VIOLATION(S):** Drug Related |

## O R D E R

Upon consideration of the motion (Tab #18) of defendant HAMILTON T. COLE to terminate Kim T. Stephens as his attorney in the above-styled criminal proceeding, and of Mr. Stephens' response to the court (Letter of November 3, 2005), the undersigned finds no legal basis for replacing Mr. Stephens.  Mr. Stephens has responded to the defendant's accusations, and the undersigned is satisfied that the representation being afforded defendant Cole is appropriate.

Accordingly, defendant's motion is DENIED.

SO ORDERED AND DIRECTED, this 9th day of NOVEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE